UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY EFRIM STEEN,<br><br>                     Petitioner,<br><br>  v.<br><br>RON FRAKER,<br><br>                     Respondent. | Case No. C12-1627-RSL<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, petitioner's objections to Report and Recommendation and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's federal habeas petition (Dkt. No. 7) is DENIED and this action is DISMISSED with prejudice.

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted in the petition.

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 26th day of September, 2013.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2